Same case below, 376 Fed. Appx. 851.

**No. 10-5795. Donald G. Jones, Petitioner v. The Shaw Group, et al.; Donald G. Jones, Petitioner v. First Bank & Trust; and Donald G. Jones, Petitioner v. The Shaw Group, et al.**

562 U.S. 967, 131 S. Ct. 468, 178 L. Ed. 2d 298, 2010 U.S. LEXIS 8124.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-5804. Phillip D. Hallford, Petitioner v. Richard F. Allen, Commissioner, Alabama Department of Corrections, et al.**

562 U.S. 967, 131 S. Ct. 468, 178 L. Ed. 2d 298, 2010 U.S. LEXIS 8014.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 576 F.3d 1221.

**No. 10-5805. DeVinche AlBritton, Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections, et al.**

562 U.S. 967, 131 S. Ct. 469, 178 L. Ed. 2d 298, 2010 U.S. LEXIS 8084.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 333 Fed. Appx. 700.

**No. 10-5807. John P. Bunyard, Petitioner v. Mike Knowles, Warden.**

562 U.S. 967, 131 S. Ct. 469, 178 L. Ed. 2d 298, 2010 U.S. LEXIS 7940.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-5808. Melissa K. Belanger, Petitioner v. Clarice Stovall, Warden.**

562 U.S. 967, 131 S. Ct. 469, 178 L. Ed. 2d 298, 2010 U.S. LEXIS 8040.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-5811. Madyun Abdulhasseb, aka Jerry L. Thomas, Petitioner v. Sam Calbone, Warden, et al.**

562 U.S. 967, 131 S. Ct. 469, 178 L. Ed. 2d 298, 2010 U.S. LEXIS 8090.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 600 F.3d 1301.

**No. 10-5814. Hung Ha, Petitioner v. James A. Richman, et al.**

562 U.S. 967, 131 S. Ct. 469, 178 L. Ed. 2d 298, 2010 U.S. LEXIS 8055,

October 12, 2010. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.